**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name: *Christus Health Gulf Coast (as an entity, d/b/a Christus St. Catherine Hospital, and formerly d/b/a Christus St. Joseph Hospital) v. Linda G. Carswell*

Appellate case number: 01-11-00292-CV

Trial court case number: 2005-36179

Trial court: 165th District Court of Harris County

Date motion filed: September 13, 2013

Party filing motion: Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Keyes, Higley, and Brown. Justice Brown would grant the motion for rehearing.

Date: April 1, 2014